IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. 08-cv-01659-AP

In re: TERRY D. HAMILTON

TERRY D. HAMILTON,

        Appellant,

v.

PRAYTEL COMMUNICATIONS, INC.,

        Appellee.

## ORDER

Kane, J.

This matter is before the court on Appellant Terry D. Hamilton's Motion to Stay Appeal Proceedings Pending the Outcome of Three Related Cases (doc. #15). The motion is DENIED. It is

ORDERED that this appeal is dismissed for failure to prosecute. Appellant was given a firm briefing deadline, and this most recent, late-filed motion is viewed as an attempt to obtain additional time despite the court's admonition that no further extensions would be considered. It is, therefore ordered that this appeal is DISMISSED for failure to prosecute and failure to comply with the court's orders.

Dated: January 9, 2009

                                        BY THE COURT:

                                        ***S/John L. Kane***
                                        John L. Kane, Senior Judge
                                        United States District Court